UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VASTWIN INVESTMENTS LTD.,**<br><br>    **Plaintiff,**<br>v.<br><br>**TERRENCE LEVENE, a/k/a TERRY LEVENE, and SARAI BERENSTEIN**<br><br>    **Defendants.** | 01-CIV-2308 (WJM)<br><br><br>**ORDER**<br><br>**HON. WILLIAM J. MARTINI** |

For the reasons detailed in the accompanying Opinion, **IT IS** on this 18 day of August, 2004:

**ORDERED THAT** Final Judgment be entered in the amount of $ 550,384.72, with interest to accrue at the rate of nine percent (9%) per annum from August 20, 2004 onward, jointly and severally against Defendants, Terrence Levene a/k/a Terry Levene, and Sarai Berenstein; and it is further

**ORDERED THAT** Plaintiffs shall resort to the personal property of Defendants prior to executing upon the Englewood, New Jersey home, as required by N.J.S.A. 2A:17-1 et seq.; and it is further

**ORDERED THAT** the *lis pendens* filed by Plaintiff against the 7 Quarry Road, Englewood, New Jersey property shall continue to be in full force and effect until further Order of the Court.

WILLIAM J. MARTINI, U.S.D.J.

cc:   Hon. Ronald J. Hedges, U.S.M.J.